**ORIGINAL**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

99-1558, -1559, -1560, 00-1006

CRYSTAL SEMICONDUCTOR CORPORATION,

Plaintiff-Appellant,

v.

TRITECH MICROELECTRONICS INTERNATIONAL, INC., AND
TRITECH MICROELECTRONICS INTERNATIONAL PTE LTD.,

Defendants-Cross Appellants,

and

OPTI, INC.,

Defendant-Cross Appellant.

## AGREEMENT AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF OPTI FROM CRYSTAL'S APPEAL AND VOLUNTARY DISMISSAL OF OPTI'S CROSS-APPEAL

Plaintiff-Appellant Crystal Semiconductor Corporation ("Crystal") and Defendant-Cross Appellant OPTi, Inc. ("OPTi") have entered a Settlement Agreement that resolves the underlying dispute between them. Pursuant to the Settlement Agreement, Crystal and OPTi have agreed, inter alia, (1) to have OPTi

683

dismissed as a party to Crystal's appeal (No. 99-1559); (2) to dismiss OPTi's cross-appeal (No. 99-1560); and (3) to the entry of a consent judgment in the District Court with respect to OPTi.

Crystal's appeal (No. 99-1559) and the cross-appeals of Defendants-Cross Appellants TriTech Microelectronics International, Inc., and TriTech Microelectronics International PTE Ltd. ("TriTech") (Nos. 99-1558 and 00-1006) otherwise continue fully as to all issues raised by those appeals.

Accordingly, Crystal and OPTi jointly move pursuant to Rule 42(b), Fed. R. App. P., for an Order that:

1. OPTi is DISMISSED as a party to Crystal's appeal (No. 99-1559).

Crystal's appeal is otherwise unaffected and continues as to all other parties and issues.

2. OPTi's cross-appeal (No. 99-1560) is DISMISSED.

3. Jurisdiction with respect to OPTi is returned to the District Court immediately upon the entry of this [Proposed] Order so that the District Court may enter a consent judgment with respect to OPTi in accordance with the Settlement Agreement between Crystal and OPTi.

Crystal and OPTi shall bear their own costs with respect to this appeal.

Respectfully submitted,

*Wayne M. Harding*
Wayne M. Harding
Attorney for Crystal Semiconductor
Corporation

Dated: July 10, 2000

*Robert J. Goldman*
Robert J. Goldman
Attorney for OPTi, Inc.

Dated: July 11, 2000

IT IS SO ORDERED

Dated: July 24, 2000

*Jan Horbaly*
~~Circuit Judge~~
Clerk

FILED
U.S COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 4 2000

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** July 24, 2000 as to 99-1560 only.

A True Copy.
Attest:
*Pamela [signature]*
Deputy Clerk

3